IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONY GOODMAN,

   Plaintiff,

    v.

THE ROBERT A. DEYTON
DETENTION FACILITY, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-1724-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending dismissing the action against all but the individual ATF Defendants. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The action is dismissed as to GEO and the Facility Defendants. The action may proceed against Agent McLeod and the two John Doe Defendants.

SO ORDERED, this 14 day of September, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Goodman\15cv1724\r&r.wpd