**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| TONY GOODMAN, | : | CIVIL ACTION NO. |
| ID # 66708019, | : | 1:15-CV-01724-TWT-JSA |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLAN McLEOD, Special Agent, | : | PRISONER CIVIL ACTION |
| JOHN DOES 1 & 2, Special Agents, | : | 28 U.S.C. § 1331 |
|     Defendants. | : | |

**MAGISTRATE JUDGE'S ORDER AND
<u>NON-FINAL REPORT AND RECOMMENDATION</u>**

The Court has allowed Plaintiff's excessive force claims to proceed against the above three Defendants. (*See* Docs. 12, 16). The Clerk **SHALL** send Plaintiff a USM 285 form and summons for each Defendant, which Plaintiff **SHALL** complete for each Defendant and return to the Clerk of Court **within 21 days** of the entry date of this Order. Plaintiff is **WARNED** that failure to comply in a timely manner could result in the dismissal of this civil action. The Clerk **SHALL** resubmit this action to the undersigned if Plaintiff fails to comply.

Upon receipt of the forms, the Clerk **SHALL** prepare a service waiver package for each Defendant for whom Plaintiff has completed the forms. The service waiver package must include two (2) Notice of Lawsuit and Request for Waiver of Service of

Summons forms (prepared by the Clerk), two (2) Waiver of Service of Summons forms (prepared by the Clerk), an envelope addressed to the Clerk of Court with adequate first class postage for use by each Defendant for return of the waiver form, one (1) copy of the complaint, and one (1) copy of this Order.  The Clerk **SHALL** retain the USM 285 form and summons for each Defendant.

The Clerk **SHALL** complete the lower portion of the Notice of Lawsuit and Request for Waiver form and mail a completed service waiver package to each Defendant.  Defendants have a duty to avoid unnecessary costs of serving the summons.  If a Defendant fails to comply with the request for waiver of service, that Defendant must bear the costs of personal service unless good cause can be shown for failure to return the Waiver of Service form.

If a Defendant does not return an executed Waiver of Service form to the Clerk of Court **within 35 days** following the date the service waiver package is mailed, the Clerk **SHALL** prepare and transmit to the U.S. Marshal's Service a service package for that Defendant.  The service package must include the USM 285 form, the summons, and one (1) copy of the complaint. Upon receipt of the service package(s), the U.S. Marshal's Service **SHALL** personally serve that Defendant.  The executed waiver form or the completed USM 285 form **SHALL** be filed with the Clerk.

2

Plaintiff **SHALL** serve upon each Defendant or each Defendant's counsel a copy of every additional pleading or other document that is filed with the Clerk of Court. Each pleading or other document filed with the Clerk **SHALL** include a certificate stating the date on which an accurate copy of that paper was mailed to each Defendant or each Defendant's counsel.  This Court will disregard any submitted papers which have not been properly filed with the Clerk or which do not include a certificate of service.  Plaintiff **SHALL** also keep the Court and each Defendant advised of his current address at all times during the pendency of this action. Plaintiff is **ADMONISHED** that the failure to do so may result in the dismissal of this action.

The parties are **ADVISED** that this case is currently assigned to a zero-month discovery track.

Plaintiff has filed a Motion For A Injunction (Doc. 11), seeking access to his "prescribed electronic wheelchair" (*id.* at 4). But the parties from whom Plaintiff seeks injunctive relief have been dismissed from this action.  (*See* Docs. 12, 16).

**IT IS THEREFORE RECOMMENDED** that Plaintiff's Motion For A

Injunction (Doc. 11) be **DENIED**.

**SO ORDERED and RECOMMENDED** this 22nd day of September, 2015.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE