IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONY GOODMAN,

   Plaintiff,

  v.

ALLAN MCLEOD
SPECIAL AGENT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-1724-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending denying the Plaintiff's Motion for Injunction [Doc. 11]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Injunction [Doc. 11] is DENIED.

SO ORDERED, this 23 day of October, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Goodman\15cv1724\r&r2.wpd