IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONY GOODMAN,

    Plaintiff,

    v.

ALLAN MCLEOD
SPECIAL AGENT, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-1724-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 58] of the Magistrate Judge recommending denying the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 33]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 33] is DENIED.

SO ORDERED, this 24 day of February, 2016.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge