IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONY GOODMAN,

   Plaintiff,

    v.

ALLAN MCLEOD
SPECIAL AGENT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-1724-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 91] of the Magistrate Judge recommending denying the Defendant McLeod's Motion for Summary Judgment [Doc. 77]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 77] is DENIED. The Motion to Stay [Doc. 78] is DENIED. The Motion for Reconsideration [Doc. 85] is DENIED. The Motion to Appoint Counsel [Doc. 89] is GRANTED. The Magistrate Judge is directed to seek pro bono counsel to represent the Plaintiff.

SO ORDERED, this 18 day of January, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge