IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONY GOODMAN,

    Plaintiff,

    v.

ALLAN MCLEOD
SPECIAL AGENT, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-1724-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 122] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 121]. The Plaintiff has died and no one has petitioned to be substituted in his place. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 121] is GRANTED. This action is DISMISSED.

SO ORDERED, this 21 day of February, 2018.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge